UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-cr-00024-RLY-MPB |
| | ) | |
| CODY NICHOLAS COWAN, | ) -02 | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On September 29, 2022 and October 21, 2022, the Court held hearings on the Petition for Warrant for Violation of Supervised Release, filed on September 21, 2022. ([Dkt. No. 91](#)). Defendant Cowan appeared in person with appointed counsel Dax Womack. The government appeared by Todd Shellenbarger, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Andrea Hillgoth and Officer Brian Driscall.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. ([Dkt. No. 94](#)). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Cowan of his rights and provided him with a copy of the petition.

    2.    Defendant orally waived his right to a preliminary hearing.

    3.    After being placed under oath, Defendant Cowan admitted violations No. 1 and 2 ([Dkt. No. 91](#)). The government withdrew violation 3.

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime."<br><br>As previously reported to the Court on April 19, 2022, Cody Cowan was found guilty of the following offense: Count I: Operating a Vehicle While Intoxicated Endangering, and Count II: Possession of a Controlled Substance-Possession of a Schedule I, II, III or IV (82D03-2111-CM-006365) in Vanderburgh County, Indiana. |
| 2 | "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."<br><br>As previously reported to the Court on November 19, 2021, Cody Cowan, verbally admitting to ingesting K-2 (synthetic THC Cannabinoids) and intravenously using Methamphetamine. |

5. The parties stipulated that:

   (a) The highest grade of violation is a Grade **B** violation.

   (b) Defendant's criminal history category is **IV**.

   (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **12-18** months' imprisonment.

The Parties jointly recommend a sentence of six (6) months imprisonment with two (2) years of supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with credit for time served, and two (2) years of supervision upon release from the bureau of prisons.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: October 21, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal